COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS



| | | |
|---|---|---|
| FLIGHTLINE ESCROW, LLC and DANNY ARMSTRONG, | § | No. 08-25-00051-CV |
| | § | Appeal from the |
| Appellants, | | |
| | § | 198th District Court |
| v. | | |
| | § | of Bandera County, Texas |
| STEPHANIE LEAVELLE and JET ZONE, LLC, | § | (TC# CVDC-21-0000019) |
| Appellees. | | |

## **J U D G M E N T**

The Court has considered this cause on the record and concludes there was error in the judgment. We conditionally grant the writ of mandamus and direct the Bandera County trial court to grant the Flightline Appellants' motions to sever Stephanie Leavelle and Jet Zone's tort claims from her divorce petition and transfer venue of those tort claims to Tarrant County.

The writ will issue only if the court fails to comply.

IT IS SO ORDERED this 30th day of June 2025.


LISA J. SOTO, Justice


Before Salas-Mendoza, C.J., Palafox and Soto, JJ.